453 P.2d 597

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Jacob Leroy MINNS, Defendant-Appellant.**

**No. 8830.**

Supreme Court of New Mexico.

April 29, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 241, 80 N.M. 269, 454 P.2d 355, be and the same is hereby returned to the Clerk of the Court of Appeals.

453 P.2d 597

**George WISEHART, Plaintiff-Appellant, Respondent,**

v.

**MOUNTAIN STATES TELEPHONE AND TELEGRAPH COMPANY and Kit Carson Electric Co-Op., Defendants-Appellees, Petitioners.**

**No. 8833.**

Supreme Court of New Mexico.

April 30, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 265, 80 N.M. 251, 453 P.2d 771 be and the same is hereby returned to the Clerk of the Court of Appeals.

453 P.2d 597

**STATE of New Mexico, ex rel. Wallace R. WEST, Petitioner,**

v.

**Paul F. LARRAZOLO, District Judge, Division 6, Bernalillo County, New Mexico, and Red Dow, Sheriff of Bernalillo County, New Mexico, Respondents.**

**No. 8837.**

Supreme Court of New Mexico.

May 6, 1969.

NOBLE, Chief Justice, and MOISE, COMPTON and TACKETT, Justices concurring.

Ordered that the petition for writ of habeas corpus be and the same is hereby denied.

453 P.2d 597

**Ophelia Gonzales GIRARD, Petitioner,**

v.

**Honorable J. M. SCARBOROUGH, District Judge of the First Judicial District, Respondent.**

**No. 8825.**

Supreme Court of New Mexico.

May 13, 1969.

NOBLE, Chief Justice, and MOISE, COMPTON and TACKETT, Justices concurring.

Ordered that the alternative writ of mandamus heretofore issued herein on April 15, 1969, be and the same is hereby made permanent.